UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STRIKE 3 HOLDINGS, LLC
Plaintiff                                                                               Case No. 8;19-cv-579-23SPF
v.

JOHN DOE,
Defendant
_____/

## NOTICE OF APPEARANCE OF COUNSEL
## DESIGNATION OF EMAIL ADDRESS

**COMES NOW,** the undersigned counsel of the law firm of Lansky Law Group, and files this Notice of Appearance of Counsel on behalf of the Defendant, JOHN DOE, herein. The undersigned requests that all future pleadings, notices, correspondence and all other documents be sent to the undersigned at the email address listed below.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above has been furnished to Rachel E. Walker, Esq. Via Email: Rachel.Walker@gmlaw.com Charter Communications, Inc./Spectrum, c/o Legal Compliance, Via.Email;leroc@charter.com.

/s/ Glen R. Lansky_____
GLEN R. LANSKY, ESQUIRE
Fla. Bar No: 985392
LANSKY LAW GROUP
5476 Lithia Pinecrest Road
Lithia, Florida 33547
Telephone: 813-657-1995
Attorneys for Defendant